MAILED TO COUNSEL 7/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MORGAN D. KUNZ**
*Assistant Corporation Counsel*
phone: (212) 788-1422
fax: (212) 788-9776
mkunz@law.nyc.gov

July 9, 2008

RECEIVED
JUL 10 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y

**BY FIRST CLASS MAIL:**
Carlos Gagot, plaintiff *pro se*
#349-06-19530
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Re:   Carlos Gagot v. Richard Rodriguez, et. al.,
      08 Civ. 361 (LAP)

Dear Mr. Gagot:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants in the federal civil action referenced above. On July 8, 2008, the Honorable Loretta A. Preska, the United States Distinct Judge assigned to the case, ordered a pretrial conference to be held in this matter on August 5, 2008 at 9:30 am in Courtroom 12A at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007. Enclosed with this letter is a copy of the Court's Order as well as a copy of the Judge's individual practice rules. In accordance with the direction of chambers, I will make arrangements for you to attend the conference via telephone.

      Thank you for your time and consideration of this important matter.

*Plaintiff shall participate by telephone.*
*So ordered*
*Loretta A. Preska*
*USDJ*
*July 10, 2008*

Respectfully,

Morgan D. Kunz
Assistant Corporation Counsel
Special Federal Litigation

Encl.

cc:   Honorable Loretta A. Preska, United States District Judge (By Hand) (w/o encl.)