UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

CARLOS GAGOT,

                                        Plaintiff,

            -against-

RICHARD RODRIQUEZ, ET. AL.,

                                        Defendants.

------------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-09

**ORDER**

08 Civ. 361 (LAP)(RLE)

            Upon the application of defendants for leave to take the deposition of plaintiff,

CARLOS GAGOT, an inmate, and the Court having granted leave for the taking of plaintiff's

deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

            **IT IS HEREBY ORDERED UPON THE CONSENT OF THE NEW YORK**

**STATE DEPARTMENT OF CORRECTIONAL SERVICES:** (1) that the Superintendent or

other official in charge of the Upstate Correctional Facility transport and produce inmate

CARLOS GAGOT, Inmate No. 07 A 6121, from Upstate Correctional Facility, located in

Malone, New York to the Sing Sing Correctional Facility, located in Ossining, New York for the

taking of his deposition on Tuesday, March 24, 2009 at 10:00 A.M., and for so long thereafter,

from day to day, as the deposition continues; (2) that inmate Carlos Gagot, appear in such place

as designated by the Superintendent or other official in charge of Sing Sing Correctional Facility

so his deposition may be taken; and (3) that also present at the deposition will be Morgan Kunz,

attorney for defendants, and a court reporter to be designated by defendants.

Dated: New York, New York
            March 10 , 2009

HONORABLE RONALD L. ELLIS, U.S.M.J.